UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

         Plaintiff,

   v.

LOTTE HOTELS,

         Defendant.

CASE NO. C23-1365-JCC

REPORT AND RECOMMENDATION

    Plaintiff Cortez Daundre Jones, proceeding pro se in this civil matter, filed an application to proceed *in forma pauperis* (IFP). Dkt. 1. In the application, Plaintiff indicates he is not employed, has not received any money from any source in the past twelve months, has no cash on hand and no money in a checking or savings account, and has no monthly expenses. *Id*. In providing other information as to why he cannot pay courts fees and costs, Plaintiff states: "Income not accessible, fraud on bank account." *Id*. at 2.

    In indicating he has both no financial resources and no expenses, Plaintiff omits information necessary to the Court's determination. Plaintiff does not, for example, inform the

REPORT AND RECOMMENDATION - 1

Court how he pays for food, shelter, and any other basic life necessities.  The information provided is also inconsistent with that contained in numerous other IFP applications Plaintiff filed in this Court.  *See, e.g., Jones v. General Services Administration*, C23-1148-JCC, Dkt. 1 (reflecting a salary of $35,000, $324,000 from a business or other source and $32,000 in benefits received over the past twelve months, $324,000 in stocks, and $4,000 in regular monthly expenses); *Jones v. Harrell*, C23-1153-RSM, Dkt. 1 (same); *Jones v. Pornhub Community*, C23-1169-RAJ, Dkt. 1 (same).  Moreover, when recently provided the opportunity to respond to a Notice of Intent to Enter Bar Order Against Vexatious Litigant and Order to Show Cause in one of his cases, Plaintiff did not respond and the Court entered a Bar Order to be applied to all future pro se complaints and IFP applications.  *Jones v. Kenzo*, C23-1208-JHC (Dkts. 9 & 11).  Plaintiff should not, under these circumstances, be authorized to proceed IFP in the current matter.[1]

The Court recommends the motion to proceed IFP, Dkt. 1, be DENIED, and that Plaintiff be directed to pay the applicable filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation.  If Plaintiff fails to pay the fee, the Clerk should close the file.

Dated this 26th day of September, 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

---

[1] Plaintiff filed more than sixty cases in this Court between August 2, 2023 and September 1, 2023.  In the current case, Plaintiff alleges:  "Lotte Hotels harbors fugitives with owner of hotel as part of robbery against me."  Dkt. 1-1 at 6.

REPORT AND RECOMMENDATION - 2