THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>              Plaintiff,<br><br>     v.<br><br>LOTTE HOTELS,<br><br>              Defendant. | CASE NO. C23-1365-JCC<br><br>ORDER |

*Pro se* Plaintiff, Cortez D. Jones, filed a complaint against Lotte Hotels alleging that it harbors fugitives. (Dkt. No. 1.) Plaintiff seeks to proceed *in forma pauperis* ("IFP"). (Dkt. No. 1.) Under 28 U.S.C. § 1915(e), the Court must dismiss IFP complaints if "at any time" it is determined the complaint fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2); *see also id*. § 1915A(b)(1); *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (Section 1915(e) applies to all IFP proceedings, not just those filed by prisoners).

Upon review of Plaintiff's complaint, the Court hereby DISMISSES it for failure to set forth factual allegations sufficient for a remedy at law. Plaintiff's allegations do not set forth sufficient factual matter to state a claim to relief that is plausible on its face. *Ashcroft v. Iqbal*, 556 U.S. 662, 664 (2009). Labels and conclusions, lacking factual enhancement are insufficient.

ORDER
C23-1365-JCC
PAGE - 1

*Id.* The factual allegations must be "enough to raise a right to relief above the speculative level." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

For the foregoing reasons the complaint is **DISMISSED** without prejudice. This dismissal renders consideration of IFP status moot.

DATED this 27th day of September 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE