# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>          Plaintiff,<br><br>v.<br><br>LOTTE HOTELS,<br><br>          Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-1365-JCC |

\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT ORDERS THAT:

The Court DISMISSES Plaintiff's complaint without prejudice.

DATED this 27th day of September 2023.

                                              Ravi Subramanian<br>
                                              Clerk of Court

                                              s/Samantha Spraker<br>
                                              Deputy Clerk